O

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| JAMES RICHARD WHIPPLE,<br><br>    Petitioner,<br><br>    v.<br><br>COURT CENTRAL DISTRICT OF CALIFORNIA<br><br>    Respondent. | Case No. CV 09-5845-CAS (SH)<br><br>MEMORANDUM AND ORDER TRANSFERRING ACTION TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA |

    <u>Pro se</u> petitioner, presently in custody at the Centinela State Prison in Imperial, California, filed a Petition for Writ of Habeas Corpus by a Person in Federal Custody, pursuant to 28 U.S.C. § 2241, herein. Based on the allegations in the Petition, in which petitioner is challenging a conviction suffered in Fresno Superior Court in 2007 or 2008 (Petition at 2, 3 and attachments), the Court construes the petition as a Petition for Writ of Habeas Corpus by a Person in State Custody, pursuant to 28 U.S.C. § 2254. Fresno, California is in Fresno County, which is located within the United States District Court for the Eastern District of California. 28 U.S.C. § 84(b).

    A petition for writ of habeas corpus relief brought pursuant to § 2254 must be filed in the district court for the district in which the prisoner resides or "in

1

the district court for the district within which the State court was held which convicted and sentenced" the prisoner. 28 U.S.C. § 2241(d). This same section authorizes a district court, in the exercise of its discretion and in the furtherance of justice, to transfer a habeas petition to another district court.

Based on an informal understanding, it is the practice of the district courts in California to transfer habeas actions challenging state convictions to the "district court for the district within which the State court was held which convicted and sentenced" petitioner.

IT IS THEREFORE ORDERED that this action be, and it is hereby transferred to the United States District Court for the Eastern District of California.

IT IS FURTHER ORDERED that the Clerk shall serve a copy of this Order upon petitioner.

DATED: August 14, 2009

*/s/ Christina A. Snyder*
_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

Presented by:
Dated: <u>August 13, 2009</u>

_____/ S /_____
STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE